```
 1  TERRY A. DAKE, LTD.
    11811 North Tatum Boulevard
 2  Suite 3031
    Phoenix, Arizona  85028-1621
 3  Telephone: (480) 368-5199
    Facsimile: (480) 368-5198
 4  tdake@cox.net

 5  Terry A. Dake - 009656

 6  Attorney for Trustee
```

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| TISHA JO SANCHEZ, | ) | Case No. 2:08-BK-12132-CGC |
| Debtor. | ) | |

## NOTICE OF LODGING ORDER

Please take notice that the attached order has been lodged with the Court.

DATED July 30, 2009.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake
   11811 North Tatum Boulevard
   Suite 3031
   Phoenix, Arizona 85028-1621

Copy mailed on July 30, 2009 to:

**TISHA JO SANCHEZ**
7659 E. INVERNESS AVE.
MESA, AZ 85209

 /s/ TD009656

## Upload a Single Order

**The new PDF document [264079 .pdf](#) was uploaded successfully on 7/30/2009 at 6:52 PM**

**Order Type:** Post Hearing Orders
**Case Number:** 2:08-bk-12132-CGC
**Case Name:** TISHA JO SANCHEZ
**Related Document Number:** 25
**Related Document Description:** Motion to Compel
**Hearing Date:** 7/29/2009

[Upload Single (bk)](#)

*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| TISHA JO SANCHEZ, ) | Case No. 2:08-BK-12132-CGC |
| ) | |
| Debtor. ) | |

**ORDER**

This matter having come before the Court on July 29, 2009 at 10:00 a.m. for a hearing on the trustee's Motion To Compel Compliance With 11 U.S.C. §521, and

Good cause appearing.

**IT IS ORDERED** that the trustee's motion is granted.

**IT IS FURTHER ORDERED** that debtor shall turn over to the trustee $6,144.79 as the bankruptcy estate's pro rata portion of the debtor's 2008 state and federal income tax refunds.

**DATED AND SIGNED ABOVE.**